# Court of Appeals
# of the State of Georgia

ATLANTA,  August 09, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1408. ILLINOIS FARMERS INSURANCE COMPANY, AURORA ILLINOIS v. COATES et al.**

Upon consideration of the entire record and applicable case law, this interlocutory appeal is hereby dismissed as having been improvidently granted. See *Habersham Oaks Assocs. &c. v. Story*, 281 Ga. App. 511 (637 SE2d 213) (2006).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/09/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*